## Frank COSTA et al., Appellants, v. Edward L. HAFF, as Acting Commissioner of Immigration for the Port of San Francisco, California, Appellee.
### No. 7290.

Circuit Court of Appeals, Ninth Circuit.
Feb. 5, 1934.

J. H. Sapiro and Alberto Moura, both of San Francisco, Cal., for appellants.

H. H. McPike, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellants to print record and file briefs as required by rules 23 and 24 of the Rules of Practice of this court; mandate forthwith.